UNITED STATES DISTRICT COURT **FILED**
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

2006 OCT 10 P 3: 24

CLERK, US DISTRICT COURT

DONALD L. SYKES,

        Plaintiff,

v.                                    Case No. 3:06-cv-783-J-20TEM

JUDGE WILLIAM A. WILKES,

        Defendant.

## ORDER

Plaintiff's September 25, 2006, "Motion for Reconsideration of Order Seeking Writ of Ad Prosequendum" (Doc. #6) is **DENIED**.

**DONE AND ORDERED** at Jacksonville, Florida, this _6th_ day of _October_, 2006.

                                                UNITED STATES DISTRICT JUDGE

ps 9/27
c:
Donald L. Sykes